# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ROBERT WALTON**                                                                            **PLAINTIFF**
**ADC #153887**

v.                    Case No. 2:18-cv-00115-KGB-JTR

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al.*                                                 **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 33). Judge Ray recommends that defendant Sergeant Dorsey A. Lee, Sr.'s motion for summary judgment on the issue of exhaustion be granted and that plaintiff Robert Walton's claims against Sergeant Lee be dismissed without prejudice for failure to exhaust (*Id.*, at 9-10). On the same day Judge Ray entered the Partial Recommended Disposition, he also entered an Order granting separate defendants Adloneya Baker and Geraldine Campbell's motion to compel (Dkt. No. 34). Mr. Walton filed a response to the Order granting the motion to compel, but he did not file objections to Judge Ray's Partial Recommended Disposition (Dkt. No. 35).

After careful review, the Court adopts the Partial Recommended Disposition as its findings in all respects (Dkt. No. 33). Accordingly, the Court dismisses without prejudice Mr. Walton's claims against Sergeant Lee.

It is so ordered this 29th day of August, 2019.

                                                                        Kristine G. Baker
                                                                        United States District Judge