**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ROBERT WALTON**                                                                                    **PLAINTIFF**
**ADC # 153887**

**v.**                                        **Case No. 2:18-cv-00115 KGB-JTR**

**GERALDINE CAMPBELL,**
**APN, ADC, CCS Medical,**
**East Arkansas Regional Unit,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 69). Judge Ray entered the Recommended Disposition on January 20, 2021, and recommended that all of plaintiff Robert Walton's claims be dismissed with prejudice because defendants in their official capacities are entitled to sovereign immunity (*Id.*, at 6). Mail sent to Mr. Walton's address on file with the Clerk, including an Order and the Recommended Disposition, was returned undeliverable as to Mr. Walton (Dkt. Nos. 70, 71). Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) states that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Accordingly, the Court adopts Judge Ray's Recommended Disposition (Dkt. No. 69) and dismisses Mr. Walton's complaint (Dkt. No. 9).

It is so ordered this 3rd day of March, 2021.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge