# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROBERT WALTON**  **PLAINTIFF**
**ADC # 153887**

v.  Case No. 2:18-cv-00115 KGB-JTR

**GERALDINE CAMPBELL,**
**APN, ADC, CCS Medical,**
**East Arkansas Regional Unit,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses with prejudice plaintiff Robert Walton's claims against all defendants and denies the requested relief.

It is so adjudged this 3rd day of March, 2021.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge